In the Matter of the Application of William Harman Black, a Justice of the Supreme Court of the State of New York for the First Judicial District, Appellant, against John P. O'Brien, as Mayor of the City of New York, and Others, Respondents.— Appeal transferred to the Third Department of this court for hearing

and determination. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.